AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Bretmichael Hood, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>The Lampo Group, LLC d/b/a Ramsey Solutions<br><br>*Defendant(s)* | Civil Action No.  0:24-cv-62232-MD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Lampo Group, LLC
Attn: Jeff Williams- Registered Agent
1011 Reams Fleming BLVD
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shamis & Gentile, P.A.
Andrew Shamis, Esq.
14 NE 1st Ave., Suite 705
Miami, FL 33132
Tel: 305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/25/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez

Deputy Clerk
U.S. District Courts

SUMMONS