UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-62232-DAMIAN

**BRETMICHAEL HOOD**, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

**THE LAMPO GROUP, LLC d/b/a
RAMSEY SOLUTIONS**,

      Defendant.
_____/

**ORDER SETTING STATUS CONFERENCE**

**THIS MATTER** is set for a Status Conference on **January 28, 2025, at 11:00 a.m.** Counsel for each party must attend in person at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301.

It is further

    **ORDERED** as follows:

1. The parties (unless *pro se*) are not personally required to appear.

2. If the parties settle before the hearing date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file.

4. Counsel shall confer with opposing counsel beforehand to confirm mutual attendance.

5. The parties shall be prepared to address any pending motions and scheduling matters.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 2nd day of January, 2025.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**