UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62232-CIV-DAMIAN/Valle

**BRETMICHAEL HOOD**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**THE LAMPO GROUP, LLC D/B/A
RAMSEY SOLUTIONS**,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

It is hereby ORDERED that the mediation conference in this matter shall be held with Rodney A. Max, Esq., on July 30, 2025, at 10:00 a.m., via remote videoconferencing. The parties are reminded that a report of their mediation must be filed within three (3) days thereafter.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of March, 2025.

                                               **MELISSA DAMIAN**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record