UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-62232-CIV-DAMIAN/Valle**

BRETMICHAEL HOOD, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

v.

THE LAMPO GROUP, LLC D/B/A RAMSEY
SOLUTIONS,

    *Defendant*.

_____/

**MOTION TO WITHDRAW ATTORNEY
GARRETT BERG'S APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Pursuant to Local Rule 11.1(d)(3), the undersigned attorney Garrett Berg of Shamis & Gentile, P.A., herby respectfully moves to withdraw his appearance as attorney for the Plaintiff, Bretmichael Hood ("Plaintiff"). Plaintiff will continue to be represented by counsel Andrew Shamis and Christopher Berman of Shamis & Gentile, P.A. whose mailing address is 14 NE 1st Ave., Suite 705, Miami, FL 33132 and Scott Edelsberg of Edelsberg Law, P.A., whose mailing address is 20900 NE 30th Ave., Suite 417, Aventura, FL 33180.

    WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting the withdrawal of Garrett Berg.

Dated: May 30, 2025

                                      Respectfully Submitted,

                                      **Shamis & Gentile, P.A.**
                                      */s/ Garrett Berg*
                                      Garrett Berg, Esq.
                                      Florida Bar No. 1000427
                                      gberg@shamisgentile.com
                                      14 NE 1st Avenue, Suite 705

                Miami, FL 33132
                Telephone: 305-479-2299

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 30, 2025, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        By: <u>/s/ Garrett Berg</u>
           Garrett Berg, Esq.