**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-62232-CIV-DAMIAN/Valle**

BRETMICHAEL HOOD, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

v.

THE LAMPO GROUP, LLC D/B/A RAMSEY
SOLUTIONS,

    *Defendant*.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

    THIS CAUSE comes before the Court on Garrett Berg's Motion to Withdraw as Counsel for Plaintiff Bretmichael Hood. The Court having reviewed the Motion and record, and being otherwise fully advised, it is hereby

    ORDERED AND ADJUDGED that the Motion is GRANTED. Garrett Berg of Shamis & Gentile, P.A. is permitted to WITHDRAW as counsel of record for Plaintiff in this matter and is relieved of any and all further responsibility in these proceedings. Plaintiff will continue to be represented by Counsel Andrew Shamis and Christopher Berman of Shamis & Gentile, P.A. and Scott Edelsberg of Edelsberg Law, P.A.

    DONE AND ORDERED in chambers this ___ day of May 2025

_____
United States District Judge
