UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62232-CIV-DAMIAN/Valle

BRETMICHAEL HOOD, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

THE LAMPO GROUP, LLC D/B/A
RAMSEY SOLUTIONS,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION
TO STAY CASE PENDING MEDIATION [ECF NO. 22]
AND ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Stay Case Pending Mediation [ECF No. 22] ("Joint Motion"), filed June 5, 2025.

THE COURT has reviewed the Joint Motion, the pertinent portions of the record and is otherwise fully advised.

In the Joint Motion, the Parties request a temporary stay of all deadlines in this matter, as set forth in this Court's *Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge* [ECF No. 16] (the "Scheduling Order"), pending the outcome of the mediation conference presently scheduled for July 30, 2025. *See* ECF No. 20. The Parties indicate that a stay of all deadlines will allow the parties to focus their time, energy, and expenses on preparing for mediation and would also promote judicial economy should mediation prove successful. The Parties propose filing a joint status report within three (3) days following mediation.

"The District Court has broad discretion to stay proceedings as incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted); *see also*

*Johnson v. Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling." (alteration added; citations omitted)).

In light of the nature of the instant action, the Court agrees that a stay will promote efficiency and avoid the potential waste of resources. Therefore, this Court exercises its broad discretion to temporarily stay the case pending the outcome of the scheduled mediation. Accordingly, for the reasons set forth above, and noting the agreement of the Parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion **[ECF No. 22]** is **GRANTED.**

2. With the exception of deadlines associated with the mediation of this case, all other deadlines in this case are temporarily **STAYED** pending the outcome of the Parties' mediation.[1]

3. The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for administrative and statistical purposes only. The Court nonetheless retains jurisdiction to address any pending motions, and the case shall be restored to the active docket upon further Order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties are reminded that a report of their mediation must be filed within **three (3) days** of the mediation conference. *See* ECF No. 39.