UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRETMICHAEL HOOD, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS,

*Defendant*.

_____/

Case No. 0:24-cv-62232-MD

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Bretmichael Hood, and Defendant, THE LAMPO GROUP, LLC D/B/A RAMSEY SOLUTIONS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Bretmichael Hood, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: July 30, 2025,

By: */s/ Andrew Shamis*
Andrew Shamis (FBN 101754)
Email: ashamis@shamisgentile.com
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305.479.2299

*Attorneys for Plaintiff*

Respectfully submitted,

By: *s/ Clay M. Carlton*
MORGAN, LEWIS & BOCKIUS LLP
Clay M. Carlton, Bar No. 85767
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Telephone: +1.305.415.3000
Facsimile: +1.305.415.3001
clay.carlton@morganlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar # 101754

*Attorneys for Plaintiff*